UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
Plaintiff,

-against-

Lylande Jean Gilles,

Defendant.

**DEFAULT JUDGMENT**

CV # : 04-CV-2835
Claim #: C-67795W
Judge: David G. Trager

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 21 2005 ★

P.M. _____
TIME A.M. _____

The summons and complaint in this action having been duly served on the above named defendant, and affidavit of service duly filed with the court, and said defendant having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment.

NOW, on motion of Liberatore J. Iannarone , the attorney for the plaintiff, it is hereby;

ORDERED and Adjudged, that the United States of America, the plaintiff, do recover of Lylande Jean Gilles , the defendant(s) residing at 1588 President St. Apt. 1 Brooklyn, NY 11213 the sum of $2,546.63 the amount claimed, plus interest in the sum of $2,943.41 with $69.25 costs and disbursements, amounting in all to the sum of $5,559.29, plus interest at the legal rate in effect on the date of this judgment; and that the plaintiff have execution therefore.

Judgment Dated July 7, 2005        By: ___s/David G. Trager___
                                        U.S.D.J. or Deputy Clerk